UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QUILLON EDWARD CLEMONS,

    Plaintiff,

v.

CITY OF TACOMA,

    Defendant.

CASE NO. C11-5603-RBL-JRC

ORDER

    A motion to proceed in forma pauperis and a blank complaint were filed under this cause number. The clerk of court sent plaintiff a deficiency letter giving plaintiff until September 8, 2011, to file a complaint and service copies (ECF No. 2). On September 13, 2011, the court received a letter from plaintiff alleging that Pierce County Prison personnel were not letting him have any legal copies.

    The clerk is directed to send plaintiff a blank civil rights form. Plaintiff has thirty days to fill out the form and return it to court. Failure to have a complaint on file by October 28, 2011,

ORDER - 1

1  will result in a Report and Recommendation that this action be dismissed as frivolous.  That

2  dismissal would count as a strike pursuant to 28 U.S.C. §1915.

3  Dated this 28th day of September, 2011.

J. Richard Creatura
United States Magistrate Judge