11-CV-05603-ORD

FILED RECEIVED LODGED
MAR -5 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| QUILLON E. MEYER-CLEMMONS, | NO. C11-5603 RBL |
|---|---|
| Plaintiff, | |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| MARTHA KARR et al., | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation and defendant's motion to dismiss is GRANTED.

(2) Plaintiff's Fourteenth Amendment Due Process violation claim relating to visitation privileges is DISMISSED with prejudice for failure to state a claim.

(3) Plaintiff's First Amendment access to courts claim fails to allege a specific instance where he was unable to file a non frivolous action. Plaintiff may amend the complaint within thirty (30) days of the date of this Order pleading facts showing a specific instance in which he was actually denied meaningful access to the courts.

Dated this 2J day of March, 2012.

_____
RONALD B. LEIGHTON
U.S. District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION 1